CLOSED

# U.S. District Court
## Western District of Tennessee (Memphis)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02165-JPM-tmp
### Internal Use Only

| | |
|---|---|
| Beall v. Au Optronics Corp. et al | Date Filed: 03/06/2007 |
| Assigned to: Judge Jon Phipps McCalla | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Tu M. Pham | Nature of Suit: 410 Anti-Trust |
| Demand: $5,000,000 | Jurisdiction: Federal Question |
| Cause: 15:25 Clayton Act | |

**Plaintiff**

**Scott Beall**
*on behalf of himself and all others similarly situated in the State of Tennessee*

represented by **Mark J. Schirmer**
STRAUS & BOIES, LLP
1130 22nd Street South
Birmingham, AL 35205
205-324-3800
Fax: 205-324-3996
Email: mschirmer@straus-boies.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Au Optronics Corp.**

**Defendant**

**Au Optronics Corp. America**

**Defendant**

**Chi Mei Optoelectronics Co., Ltd.**

**Defendant**

**Chi Mei Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, Ltd.**

**Defendant**

**Fujitsu Limited, Inc.**

**Defendant**

**Fujitsu America, Inc.**

**Defendant**

**Hannstar Display Corporation**

**Defendant**

**Hitachi, Ltd.**

**Defendant**

**Hitachi Displays, Ltd.**

**Defendant**

**Hitachi America, Ltd.**

**Defendant**

**IDTECH Co.,Ltd.**
*International Display Technology Co.,Ltd.*

**Defendant**

**IDTECH USA,Inc.**
*International Display Technology USA*

**Defendant**

**IPS Alpha Technology, Ltd.**

**Defendant**

**LG.Philips LCD Co.,Ltd.**

**Defendant**

**LG.Philips LCD America, Inc.**

**Defendant**

**Matsushita Electric Industrial Co.,Ltd.**

**Defendant**

**Panasonic Corporation of North America**

**Defendant**

**Mitsubishi Electric Corporation**

**Defendant**

**Mitsubishi Electric & Electronics USA, Inc.**

**Defendant**

**NEC Electronics Corporation**

**Defendant**

**NEC Electronics America, Inc.**

**Defendant**

**NEC LCD Technologies, Ltd.**

**Defendant**

**Samsung Electronics Company, Ltd.**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Sanyo Electric Co. Ltd.**

**Defendant**

**Sanyo North America Corp.**

**Defendant**

**Epson Imaging Devices Corporation**

**Defendant**

**Seiko Epson Corporation**

**Defendant**

**Epson America, Inc.**

**Defendant**

**Epson Electronics America, Inc.**

**Defendant**

**Sharp Corporation**

**Defendant**

**Sharp Electronics Corporation**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Synatx-Brillian Corp.**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America, Inc.**

**Defendant**

**Toshiba Matsushita Display Technology Co., Ltd.**

**Defendant**

**John Does, 1-100**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2007 | 1 | COMPLAINT against all defendants, filed by Scott Beall. (Attachments: # 1 Civil Cover Sheet # 2 Judges Cards)(jld, ) (Entered: 03/07/2007) |
| 03/07/2007 | 2 | Case initiation fee of $350.00 received, receipt number M106445 (cas) (Entered: 03/07/2007) |
| 03/16/2007 |  | Summons Issued as to Fujitsu America, Inc., Hannstar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., IDTECH Co.,Ltd., IDTECH USA,Inc., IPS Alpha Technology, Ltd., LG.Philips LCD Co.,Ltd., LG.Philips LCD America, Inc., Matsushita Electric Industrial Co.,Ltd., Panasonic Corporation of North America, Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., NEC LCD Technologies, Ltd., Samsung Electronics Company, Ltd., Samsung Electronics America, Inc., Sanyo Electric Co. Ltd., Sanyo North America Corp., Epson Imaging Devices Corporation, Seiko Epson Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, S-LCD Corporation, Synatx-Brillian Corp., Toshiba Corporation, Toshiba America, Inc., Toshiba Matsushita Display Technology Co., Ltd., Au Optronics Corp., Au Optronics Corp. America, Chi Mei Optoelectronics Co., Ltd., Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd., Fujitsu Limited, Inc.. (cas) (Entered: 03/20/2007) |
| 04/23/2007 | 3 | STIPULATION *for Extension of Time to Respond. Proposed Order submitted* by LG.Philips LCD America, Inc.. (Matthews, Antonio) (Entered: 04/23/2007) |
| 04/27/2007 | 4 | CORPORATE DISCLOSURE STATEMENT filed by LG.Philips LCD America, Inc. listing corporate parent as *LG.Philips LCD Co., Ltd.*. (Matthews, Antonio) (Entered: 04/27/2007) |
| 04/27/2007 | 5 | ORDER GRANTING MOTION FOR EXTENSION OF TIME 3 . Signed by Magistrate Judge Tu M. Pham on 4/27/07. (wmw, ) (Entered: 04/27/2007) |
| 06/11/2007 | 6 | (certified) CONDITIONAL TRANSFER ORDER (CTO-1); MDL 1827; case transferred to the Northern District of California. (Attachments: # 1 Transfer Request Letter)(ehg, ) (Entered: 06/11/2007) |
| 06/12/2007 |  | ***Staff notes : login/password e-mailed to USDC, Northern District of California, per request letter. (ehg, ) (Entered: 06/12/2007) |