**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

13 June 2007

Re: <u>  MDL 07 – 1827 In re TFT-LCD (Flat Panel) Antitrust Litigation  </u>

<u>Title of Case</u>  
*Scott Beall -v- AU Optronics Corp., et al*

<u>Case Number</u>  
C.A. No. 2:07-2165

Dear Sir/Madam:

     This is to advise you that the above entitled case has been transferred from the Western District of Tennessee to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Susan Illston. We have given the action the individual case number **C 07 3069 SI**.

     Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos* (signature)

Rufino C. Santos  
Deputy Clerk

cc: Counsel  
     MDL