1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C07-1827 SI |
| 12 | | |
| 13 | ——————————————— | No. C-07-2796 SI |
| 14 | THIS DOCUMENT RELATES TO | |
| 15 | *EMW, Inc. v. LG Philips LCD Co., Ltd. et al.* | [PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT PURCHASERS SUBGROUP |
| 16 | Case No. C-07-2796 SI and | |
| 17 | ALL INDIRECT PURCHASER ACTIONS | |

18
19
20
21
22
23   Plaintiff EMW, Inc.'s Motion To appoint Interim Class Counsel For the California Indirect
24   Purchasers Subgroup came on for hearing on July 10, 2007 before the Honorable Susan Illston.
25   Lingel H. Winters, Esq. and Thomas V. Girardi, Esq. appeared in behalf of plaintiff and the
26   putative class of indirect purchasers. After reviewing the papers filed and hearing argument by
27   all parties: the court hereby enters the following order:
28

---

PETITION TO BE APPOINTED INTERIM CLASS COUNSEL FOR THE CALIFORNIA INDIRECT
PURCHASERS SUBGROUP

- 2 -

21  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT

2

3   Plaintiff EMW's Motion To Appoint Interim Class Counsel For the California Indirect Purchasers
4   Subgroup is GRANTED and the law firms of Girardi & Keese per Thomas V. Girardi, Esq. and
5   Lingel H. Winters P.C. are appointed interim class counsel for the California Indirect Purchasers
6   Subgroup and putative class.

7

    Dated: July ___, 2007                                    _____
8                                                            Honorable Susan Illston
9                                                            UNITED STATES DISTRICT COURT

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28